# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 16-bk-54110 |
| Vesta Hamilton } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:        Vesta Hamilton

Street:        197 West Park Ave.

City, State, Zip: Columbus, OH 43223

**Please be advised that effective November 14, 2016
my new mailing address is:**

Name:        Vesta Hamilton

Street:        5612 Blue Lagoon Ln.

City, State, Zip: Hilliard, OH 43026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on November 14, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Vesta Hamilton
5612 Blue Lagoon Ln.
Hilliard, OH 43026

                                      Respectfully Submitted,
                                      <u>/s/ Erin E. Schrader</u>
                                      Erin E. Schrader (0078078)
                                      Rauser & Associates
                                      5 East Long St., Suite 300
                                      Columbus, OH 43215
                                      (614) 228-4480